```
                                    FILED
                              U.S. DISTRICT COURT

                              2006 AUG 31  A 10: 35

                               DISTRICT OF UTAH

                              BY:_____
                                  DEPUTY CLERK
```

J. David Nelson (2385)
Robert D. Dahle (4819)
NELSON, SNUFFER, DAHLE & POULSEN, P.C.
10885 South State Street
Sandy, Utah 84070
(801) 576-1400
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| INTERNATIONAL AUTOMATED SYSTEMS, INC.;<br><br>Plaintiff,<br>vs.<br><br>DIGITAL PERSONA, INC.; and JOHN DOES 1-20;<br><br>Defendants. | (Proposed)<br>**ORDER OF CONSOLIDATION**<br>**AND**<br>**ORDER OF CONTINUANCE**<br><br>Case No.: 2:06-CV-00072<br><br>Judge: Dee Benson<br>Magistrate Judge: Brook C. Wells |

The Stipulation and Joint Motion to Consolidate and Stipulation and Joint Motion to Continue Initial Pretrial Conference of Plaintiff International Automated Systems, Inc. ("IAS"), Defendant Digital Persona, Inc. ("Digital"), and Microsoft Corporation ("Microsoft"), Defendant in *International Automated Systems, Inc. v. Microsoft Corporation et al*, United States for the District Court of Utah, Central Division, Case No. 2:06-CV-00114-TC, (*"IAS v. Microsoft"*), as well as the consent to the consolidation by Microsoft Corporation, having been considered by the Court and with good cause appearing, the Joint Motions are granted.

It is therefore ORDERED, ADJUDGED, and DECREED, that the case of *International Automated Systems, Inc. v. Microsoft Corporation et al*, United States for the District Court of Utah, Central Division, Case No. 2:06-CV-00114-TC, is hereby consolidated into the above entitled case.

It is further ORDERED, ADJUDGED, and DECREED that the Initial Pretrial Conference set in the above entitled case for September 13, 2006 at 9:00 a.m. is hereby postponed until November 8, 2006, at 2:30 p.m., the date and time presently set for the Initial Pretrial Conference in the case of *International Automated Systems, Inc. v. Microsoft Corporation et al*, Case No. 2:06-CV-00114-TC, at which time a Initial Pretrial Conference for the consolidated case shall be convened.

Dated this 30th day of August, 2006.

_____
Judge Dee Benson
Magistrate Judge Brook C. Wells

Approved as to form:

/s/ Edwin H. Taylor
Edwin H. Taylor
Attorney for Defendant Digital Persona, Inc.

/s/ Jared S. Goff
Jared S. Goff
Attorney for Microsoft Corporation

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, 2006, I electronically filed the foregoing ORDER OF CONSOLIDATION AND ORDER OF CONTINUANCE with the Clerk of the Court using the CM/ECF System which sent notification of such filing to the following:

Joseph R. Bond
Bond Law Office, LLC
1680 East 1350 North
Heber City, UT 84032

Edwin H. Taylor
Lester J. Vincent
Blakely, Sokoloff, Taylor & Zafman, LLP
1279 Oakmead Parkway
Sunnyvale, CA 94085

/s/ J. David Nelson

## CERTIFICATE OF SERVICE FOR NON-CM/ECF SYSTEM FILERS

I hereby certify that on the 25th day of August, 2006, a true and correct copy of the foregoing ORDER OF CONSOLIDATION AND ORDER OF CONTINUANCE, was mailed postage prepaid and e-mailed to the following parties that do not receive e-mail notices for the above reference case pursuant to the Court's Manual Notice List:

Jared S. Goff
jared.goff@klarquist.com
John D. Vandenberg
john.vandenberg@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S. W. Salmon Street, Suite 1600
Portland, Oregon 97204

/s/ J. David Nelson